[No. 2080-1.   Division One.   April 7, 1975.]

*In the Matter of the Guardianship of* LAWRENCE BOUCHAT. LAWRENCE BOUCHAT, *Respondent,* v. ROBERT UPHOFF *et al, Respondents,* FIRST UNITED METHODIST CHURCH OF SEATTLE, INC., *et al, Appellants.*

*Clinton, Fleck & Glein, Russell R. Pearson,* and *Lightner Smith,* for appellants.

*Ronald W. Meier, Graham, McCord, Dunn, Johnston & Rosenquist,* and *Charles L. Sayre,* for respondents.

PER CURIAM.—Upon a rehearing, the court adheres to the opinion filed on June 3, 1974, and reported in *In re Bouchat,* 11 Wn. App. 369, 522 P.2d 1168.

Review denied by Supreme Court June 9, 1975.